So Ordered.

Signed this 27 day of May, 2026.



_Patrick G. Radel_

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
AFK, Inc.,

                  Plaintiff,                      Case No. 26-01001-1-pgr (Misc.)

        v.                              22-cv-00269 MAD-PJE

Haven Transportation Business
Solutions, Inc.,

                  Defendant.
---------------------------------------------------------------X

## ORDER DETERMINING THAT HAVEN'S
## DEBTS WERE NOT DISCHARGED

**WHEREAS,** this matter was referred to this Court by Order of the

Honorable Mae A. D'Agostino on May 19, 2026, for a determination as to whether

the claim(s) of Plaintiff AFK, Inc. ("AKF") against Defendant Haven Transportation

Business Solutions, Inc. ("Haven") have been discharged pursuant to 11 U.S.C. §

727; and

**WHEREAS,** Anthony Havelka-Chibici and Kimberly Chibici filed a joint petition for relief under Chapter 7 of the Bankruptcy Code on November 7, 2023, in the United States Bankruptcy Court for the Western District of Wisconsin (Docket No. 1 in case number 1-23-11995-cjf); and

**WHEREAS,** Mr. and Mrs. Chibici disclosed joint ownership of Haven as an asset in their bankruptcy case (Docket No. 1, in case number 1-23-11995-cjf, at p. 13); and

**WHEREAS,** Mr. and Mrs. Chibici received a discharge of debt pursuant to 11 U.S.C. § 727 on April 8, 2024 (Docket No. 35, in case number 1-23-11995-cjf); and

**WHEREAS,** bankruptcy discharges granted to corporate principals/owners do not discharge obligations owed by and/or claims against a corporate entity, *see In re Goodman*, 873 F.2d 598, 602 (2d Cir. 1989)("Goodman's Chapter 7 liquidation discharged all of his personal, pre-petition obligations, but did not discharge the corporate debt of EG (of which he was the sole shareholder) and GPP (his wife's new company)"); and

**NOW, THEREFORE,** this Court finds that the discharge granted to Mr. and Mrs. Chibici did not discharge any claims against and/or obligations of Haven, including, but not necessarily limited to, any claim(s) held by AKF.

###